# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Rezvani<br><br>v.<br><br>Pepperdine University<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>2:20-cv-08582 GW(RAOx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

September 24, 2020
Date

*/s/ Dolly M. Gee*
Dolly M. Gee, United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

Date                                                                  United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:20-cv-04928 DMG(KSx)__ and the present case:

- [✓] A.  Arise from the same or closely related transactions, happenings or events; or
- [✓] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Oliver__ to Magistrate Judge __Stevenson__.

On all documents subsequently filed in this case, please substitute the initials __DMG(KSx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:20-cv-08582 DMG(KSx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (03/19)                ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)